# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 31, 2006

129537(40)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

ENTERPRISE RENT A CAR,
      Plaintiff-Appellee,

v

                               SC: 129537
                               COA: 260617
                               Wayne CC: 04-414571-AV
                               36th DC: 02-136000-GC

HERMAN VALLERY,
      Defendant-Appellant.

_____/

      On order of the Court, the motion for reconsideration of this Court's order of May 4, 2006 is considered, and it is DENIED, because it does not appear that the order was entered erroneously.

      KELLY, J., would grant reconsideration and, on reconsideration, would grant leave to appeal.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 31, 2006

p0724

_____
Clerk